IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| SCHWENDENER CONSTRUCTION | ) | |
| COMPANY, INC., | ) | 07 B 12146 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### **N O T I C E**

TO:   SEE ATTACHED SERVICE LIST

      PLEASE TAKE NOTICE that on the 17TH day of February, 2010, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **EUGENE R. WEDOFF,** Bankruptcy Judge, in the Courtroom usually assigned to him, No. 744, United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other Bankruptcy Judge who may be sitting in his place and stead and shall then and there present the attached Motion, at which time and place you may appear, if you so see fit.

                            /s/ Gina B. Krol
                            GINA B. KROL
                            105 W. Madison St., Suite 1100
                            Chicago, IL 60602
                            312/368-0300

GINA B. KROL, on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached hereto on the persons shown above by the means set forth herein, this 3rd day of February, 2010.

  .                                  /s/ Gina B. Krol

1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 07-12146 |
| SCHWENDENER CONSTRUCTION | ) | |
| COMPANY INC., | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: February 17, 2010 |
| Debtor. | ) | Hearing Time: 9:30 a.m. |

**MOTION TO AUTHORIZE A FINAL DISTRIBUTION**
**TO THE SENIOR LENDERS**

Gina Krol, as chapter 7 trustee (the "Trustee") for the estates of Paul H. Schwendener, Inc. ("PHS"), Schwendener Construction Company, Inc. ("Schwendener Construction"), and Harston/Schwendener-A Joint Venture (collectively, the "Debtors") files this motion (the "Motion") to (i) authorize her to distribute to Northern Trust, as collateral agent for itself and Midwest Bank and Trust Company ("Midwest" and together with Northern Trust (in its capacity as collateral agent and as lender), the "Senior Lenders"), the Senior Lenders' cash collateral held in the estate of Schwendener Construction pursuant to section 363 of Title 11, United States Code (the "Bankruptcy Code"), (ii) approve and authorize the Trustee's statutory commissions in connection with such distribution; and (iii) grant related relief. In support of the Motion, Trustee respectfully states as follows:

**INTRODUCTION**

1. On July 8, 2007 (the "Petition Date"), the Debtors along with State & Kinzie Associates, Inc. and M.P. Associates L.P. filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On May 14, 2008, the Debtors cases were converted to cases under chapter 7 of the Bankruptcy Code and the Office of the United States Trustee appointed Gina Krol as chapter 7 trustee in each of the Debtors cases.

3. As of February 1, 2009, the Trustee held a total of $8,422.66 in cash in the estate of Construction constituting the Senior Lenders' collateral or the proceeds of the Senior Lenders' collateral (the "Cash Collateral").[1]

## RELIEF REQUESTED

4. The Senior Lenders are substantially undersecured and the Debtors have no equity in the Cash Collateral. Accordingly, following discussions between the Trustee and the Senior Lenders, the Trustee has agreed to seek authorization pursuant to section 363 of the Bankruptcy Code to distribute the Cash Collateral to Northern Trust as collateral agent for the Senior Lenders.

5. The parties have agreed that in connection with such distribution the Trustee will retain a total of $1,592.92 on account of the Trustee's statutory commissions.[2]

---

[1] On April 23, 2008, this court entered an order authorizing, pursuant to the terms of such order, the use of Cash Collateral in the Debtors' prior chapter 11 cases (the "Original Cash Collateral Order). The Debtors' right to use Cash Collateral under the Original Cash Collateral order, however, automatically ceased upon conversion.

[2] Pursuant to section 326 of the Bankruptcy, the Trustee's commission on the distribution of the Cash Collateral is calculated as follows:

| | |
|---|---|
| 25 percent on the first $5,000 | = $ 1,250 |
| 10 percent on any amount in excess of $5,000 but not in excess of $50,000 | = $   342.22 |
| **Total** | **= $ 1,592.22** |

3

6.  In light of this agreement, Trustee respectfully requests that the Court (i) authorize the Trustee to distribute the cash collateral to Northern Trust, as collateral agent for the Senior Lenders, pursuant to section 363 of the Bankruptcy Code; (ii) authorize and approve the Trustee's commissions in the amount of $1,592.92 pursuant to section 326(a) of the Bankruptcy Code; and (iii) grant related relief.

### CONCLUSION

WHEREFORE for the reasons set forth herein, the Senior Lenders request entry of the Agreed Order and grant such other relief as is appropriate and just.

Respectfully submitted,

Dated: February 3, 2010

**GINA KROL, AS CHAPTER 7 TRUSTEE FOR THE ESTATE OF SCHWENDENER CONSTRUCTION, INC.**

By:    /s/ Gina B. Krol

Gina B Krol, Esq.
**Cohen & Krol**
105 West Madison St Ste 1100
Chicago, IL 60602
Telephone: (312) 368-0300